IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


GENE COGGINS,                    )
                                 )
     Plaintiff,                  )
                                 )      CIVIL ACTION NO.
     v.                          )        3:08cv1010-MHT
                                 )           (WO)
TALLAPOOSA COUNTY PROBATE        )
COURT and FLOSSIE COGGINS        )
ESTATE,                          )
                                 )
     Defendants.                 )

OPINION

Plaintiff filed this lawsuit asserting the denial of
constitutional rights.  This lawsuit is now before the
court on the recommendation of the United States
Magistrate Judge that certain motions be denied and
plaintiff's case be dismissed.  Also before the court are
plaintiff's objections to the recommendation.  After an
independent and de novo review of the record, the court
concludes that plaintiff's objections should be overruled
and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of March, 2009.


       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE